SARAH LORD MURPHY and ISABELLE A. EMMONS, Respondents, v. THE GREEN-WOOD CEMETERY, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

NEW YORK FOUNDATION, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

JENNIE PATICK and MORRIS PATICK, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and ARCTIC FROZEN PRODUCTS, INC., Respondents. (Appeals Nos. 1 and 2.)— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. While the proof indicated that either or both of the defendants were negligent, the jury was justified in finding that there were no injuries. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

JACOB I. POLSTEIN, as Trustee of ISIDOR KURTIN, Bankrupt, Respondent, v. ROSE KURTIN and Others, Appellants.— Motion for a stay pending the hearing and determination of the appeal granted upon condition that within five days from the entry of the order herein (1) the appellants execute deeds to the real property and an assignment of the shares of stock involved herein and deposit the same in the office of the clerk of the county of Kings; (2) that said appellants deposit in said clerk's office the amount of the costs, and (3) that they file an undertaking, with corporate surety, conditioned for the payment of the sum of $1,600, plus the sum of $100, which latter sum shall be in lieu of the delivery to respondent of a certain automobile. In the event of appellants' failure to comply with the foregoing conditions, the motion is denied. The appeal is to be perfected for the term commencing on Monday, September 23, 1935 (for which term the case is set down), and be ready for argument when reached. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES STEELE, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARVERNE BAY CONSTRUCTION COMPANY, Respondent, v. HARRIS H. MURDOCK, as Chairman, and Others, as Members and Together Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Motion for leave to file record on appeal, for reargument of motion to dismiss appeal, or for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of HENRY HIRSCHBERG, District Attorney of Orange County, Petitioner, for a Prohibition Order against THE SUPREME COURT OF THE STATE OF NEW YORK, HON. RAYMOND E. ALDRICH, Individually and as Justice of the Supreme Court, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

MINNIE RIBACK, Respondent, v. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York in Possession of the Property and Business of THE PRUDENCE COMPANY, INC., Appellant.— Motion for reargument of motion for a reargument of the appeal denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.